UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN LEE MOY, #187335 ) | |
| Petitioner, ) | |
| ) | No. 1:18-cv-1425 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| SHERRY BURT, ) | |
| Respondent. ) | |
| ) | |

## JUDGMENT

The Court has denied Steven Moy's petition for habeas relief. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 18, 2019                     /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge